IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   :          CRIMINAL ACTION
                           :
         v.                :
                           :
JOSEPH SZURGYJLO, III                 NO. 18-359-1

## O R D E R

**AND NOW**, this 21st day of February 2019, upon consideration of the Defendant's Motion to Continue the February 28, 2019 Sentencing Hearing , (Doc. # 17), **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED**.  The Court will hold a Status Hearing on March 5, 2019 at 2:00 p.m.

**BY THE COURT:**

  **S/ JOHN R. PADOVA**
THE HONORABLE JOHN R. PADOVA
United States District Court Judge