PS 8
Rev. 10/2005

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Joseph Szurgyjlo III                                    Docket No. 18CR00359-1

Petition for Action on Conditions of Pretrial Release

COMES NOW, Lourdes Roscoe, U.S. Pretrial Services Officer, presenting an official report upon the conduct of Joseph Szurgyjlo III, who was placed under pretrial release supervision by the Honorable Carol Sandra Moore Wells sitting in the Court at Philadelphia, on August 23, 2018, under the following conditions:

1. Report to Pretrial Services as directed.
2. Surrender passport by August 27, 2018 and refrain from obtaining a passport.
3. Travel is restricted to the Eastern District of Pennsylvania.
4. Surrender and refrain from obtaining any firearms.
5. Maintain Residence at 99 Knollwood Court, Aston, PA.
6. Inform employer of the instant offense.

Respectfully presenting petition for action of Court and for cause as follows:

The defendant is requesting to attend a friend's wedding on June 8, 2019, in the District of Delaware. He will return home the following day, June 9, 2019. The defendant will be instructed to provide lodging information to Pretrial Services prior to his departure.

PRAYING THAT THE COURT WILL ORDER the defendant's travel condition be modified to include the District of Delaware for this occasion on June 8, 2019 and June 9, 2019.

ORDER OF COURT

Considered and ordered this ____ day of _____, 20__ and ordered filed and made a part of the records in the above case.

_____
The Honorable John R. Padova
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

_____
Lourdes Roscoe
U.S. Pretrial Services Officer

Place: Philadelphia

Date: June 3, 2019